**CM/ECF**

**PDF FILE WITH AUDIO FILE ATTACHMENT**

Total Page Count: 1

Printed: Friday, January 04, 2008      02:46:52 PM
Application: CM/ECF AUDIO INTERFACE : 2007.10.17.4

---

| | |
|---|---|
| Office : | 5 |
| Case Type : | BK |
| Case Number : | 07-02089 |
| Debtor : | Miller Christopher S |
| Session Name : | 2008-01-03ats |
| Session Sequence : | 0005 |
| Session Date\Time : | 1/3/2008 9:08:39 AM |
| Audio File Name : | 5-BK-07-02089-2008-01-03ats-0005.mp3 |
| Audio File Size : | 5181 KB |
| Audio Run Time : | [00:43:10] (hh:mm:ss) |