**SO ORDERED.**

**SIGNED this 22 day of January, 2008.**



_____
A. Thomas Small
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In re:<br><br>CHRISTOPHER SEAN MILLER<br>HEATHER BARNWELL MILLER,<br><br><br>     Debtor(s) | Case No.: 07-02089-5-ATS<br>Chapter 13 |

### ORDER ALLOWING MOTION BY ATTORNEY FOR
### DEBTOR TO WITHDRAW AS COUNSEL

Attorney for the Debtor, above-named, having applied, pursuant to Local Rule 9012.2 for permission to withdraw as counsel for such Debtors, upon due consideration of this Court,

**THIS COURT FINDS:**

That this motion has been duly brought before this Court with proper notice to said Debtors and all other interested parties, and that no objection thereto has been filed; and

That the Debtors themselves have expressly indicated they have no objection to the withdrawal as counsel; and

That due to at least the appearance of an irreconcilable conflict of interest between the Debtors and their said attorney, just cause exists to allow said attorney to withdraw as counsel; and

That just cause also exists to hold all motions and proceedings in abeyance to allow the Debtors sufficient time to retain new counsel to protect their interest; and

That just cause also exists to extent the time period for filing a motion for reconsideration of the order of this Court entered on 1/7/08.

**THEREFORE, IT IS ORDERED:**

That John T. Orcutt and the Law Offices of John T. Orcutt, P.C., as well as all of its attorney employees,

are hereby relieved as counsel for the Debtor, and

That all motions and proceedings in this case pending before this Court be, and hereby are, held in abeyance for a period of 30 days from the entry date of this Order to allow said Debtors to retain new counsel.

That the time period for filing a motion for reconsideration of said order be, and hereby is, extended for a period of 30 days from the entry date of this Order to allow the Debtors an opportunity to retain new counsel.

End of Document