FILED

JAN 2 8 2008

PEGGY B. DEANS, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF N. C

# United States Bankruptcy Court
## EASTERN District of NORTH CAROLINA
### RALEIGH Division

| | | |
|---|---|---|
| In Re: | ) | Case No. 07-02089-5-ATS |
| | ) | |
| Christopher Sean Miller, | ) | Chapter 7 |
| Heather Barnwell Miller | ) | |
|     Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 9010, the undersigned attorney enters this Notice of Appearance on behalf of Fidelity Bank, a secured creditor in this case.

Fidelity Bank, through counsel, hereby requests all notices to debtors or creditors also be mailed in care of said creditor as follows:

> PENDERGAST & JONES, P.C.
> South Terraces, Suite 1000
> 115 Perimeter Center Place
> Atlanta, Georgia 30346
> Attn. Bankruptcy Dept.

This 24th day of January, 2008.

Respectfully submitted,

PENDERGAST & JONES, P.C.

/s/William J. Layng, Jr.
William J. Layng, Jr., Esq.
Attorney for Fidelity Bank
Georgia Bar No. 441550

Pendergast & Jones, PC
115 Perimeter Center Pl.
Ste. 1000
Atlanta, GA  30346
770-392-0303
blayng@penderlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES upon the parties hereto, by placing copies thereof in the United States Mail, postage prepaid, and properly addressed as follows:

John Logan
Office of the Trustee
PO Box 61039
Raleigh, NC 27661-1039

Christopher Sean Miller
135 Ryder Cup Circle
Raleigh, NC 27603

Heather Barnwell Miller
135 Ryder Cup Circle
Raleigh, NC 27603

Dated: 1/24/2008

/s/William J. Layng, Jr.
William J. Layng, Jr., Esq.
Georgia Bar No. 441550
Attorney for Fidelity Bank

**Pendergast & Jones, PC**
**115 Perimeter Center Pl.**
**Ste. 1000**
**Atlanta, GA 30346**
**770-392-0303**
**blayng@penderlaw.com**