UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                      CASE NO.: 07-02089-5-ATS

CHRISTOPHER SEAN MILLER and                CHAPTER 7
HEATHER BARNWELL MILLER,

     DEBTORS

## NOTICE OF AND OBJECTION TO CLAIM NO. 8

NOW COMES Chapter 7 Trustee Joseph N. Callaway, by and through counsel, and hereby objects to the Proof of Claim on file in this case for the reasons stated below:

| POC # | Claimant Name | Amount | Objection Basis and Result |
|---|---|---|---|
| 8 | Fidelity Bank | $7,843.77 | This claim is a duplicate of Claim #3 filed in this bankruptcy case by Fidelity Bank in equal amount and should therefore be denied in full. |

**NOTICE IS HEREBY GIVEN** that the relief sought may be allowed provided that no response and request for a hearing is made in writing to the Clerk of this Court and served on the Trustee within **THIRTY (30) DAYS** from the date hereof; and

**FURTHER NOTICE IS HEREBY GIVEN** that if a response and a request for hearing is filed within the time indicated, a hearing will be conducted at a date, time and place to be later set by this Court and interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule ex parte without further Notice.

DATED:  January 15, 2009

        */s/ Eileen M. Bornstein*
        Eileen M. Bornstein
        State Bar No. 28436
        BATTLE, WINSLOW, SCOTT & WILEY, P.A.
        Attorneys for Trustee
        P. O. Box 7100
        Rocky Mount, NC  27804-0100
        Telephone: (252)937-2200

STATE OF NORTH CAROLINA
COUNTY OF NASH

Joseph N. Callaway, being first duly sworn, deposes and says:

That he is the Trustee in this bankruptcy case, has read the foregoing Objection to Claim

and that the matters and things alleged therein are true of his own knowledge and belief, except

those matters alleged on information and belief and as to those he believes the same to be true.

DATED: _January /5, 2009_

_____
Joseph N. Callaway

Sworn to and subscribed before me,
this _15th_ day of January, 2009.

_____
Notary Public

_Judy B. Sullivan_
Printed Name

My Commission Expires: _6-25-2010_

## CERTIFICATE OF SERVICE

I, Eileen M. Bornstein, Attorney for Trustee in this action, hereby certify that on the 15th day of January, 2009, I served the documents to which this certificate is attached:

**NOTICE OF AND OBJECTION TO CLAIM NO. 8**

by depositing a copy thereof postpaid in a post office or official depository under the exclusive care and custody of the United States Postal Service, in a wrapper, addressed to each of the following parties of interest in this action at the following last known addresses:

| | |
|---|---|
| Marjorie K. Lynch<br>Bankruptcy Administrator<br>Eastern District of North Carolina<br>Post Office Box 3758<br>Wilson, NC 27895-3758 | Christopher and Heather Miller<br>Debtors<br>135 Ryder Cup Circle<br>Raleigh, NC 27603 |
| Stephen Barnwell<br>Post Office Box 236<br>Skyland, NC 28776-0236 | William J. Layng, Jr.<br>Pendergast & Jones PC<br>Suite 1000 South terraces<br>115 Perimeter Center Place<br>Atlanta, GA 30346 |
| Fidelity Bank<br>Attn: Manager/Agent<br>3 Corporate Square, Suite 500<br>Atlanta, GA 30329<br>*Via Certified Mail* | |

/s/ Eileen M. Bornstein
Eileen M. Bornstein
Attorney for Trustee
Post Office Box 7100
Rocky Mount, NC 27804-0100
Telephone: (252) 937-2200